TOLEDO BAR ASSOCIATION *v.* DEMARCO.

[Cite as *Toledo Bar Assn. v. DeMarco*, ___ Ohio St.3d ___, 2016-Ohio-5916.]

(No. 2014-1738—Submitted September 16, 2016—Decided September 22, 2016.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Robert Paul DeMarco, Attorney Registration No. 0031530, last known address in Solon, Ohio.

{¶ 2} The court coming now to consider its order of November 5, 2015, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of one year, with six months stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Toledo Bar Assn. v. DeMarco*, 144 Ohio St.3d 248, 2015-Ohio-4549, 41 N.E.3d 1237.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____